## Commonwealth *v.* Davy, Appellant.

Submitted March 13, 1972. *John H. Chronister,* Assistant. Public Defender, for appellant; *Robert J. Wire, Jr.,* First Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Deitz, Appellant.

Submitted March 20, 1972. *James S. Sorrentino,* Assistant Public Defender, for appellant; *Michael H. Ranck,* Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.